FILED

2008 APR 15 PM 2: 32

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs-

**TYRONE CAMPBELL**

Case Number: 2:00-cr-65-FtM-29DNF

USM Number: 33248-018

Martin DerOvanesian, FPD
1514 Braodway
Ft. Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge number(s) One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession of Cocaine, while on supervision in violation of the conditions of supervision. On November 19, 2007, the defendant was in possession of a controlled substance and had cocaine on his person. He was subsequently charged with Possession of Cocaine in Lee County Circuit Court, Fort Myers, Florida; Docket No. 07-CF-021498. | November 19, 2007 |
| Two | New criminal conduct, Advertisement of Drug Paraphernalia, while on supervision in violation of the conditions of supervision. On November 19, 2007, the defendant was in possession of a silver electronic scale commonly associated with drug use on his person. He was subsequently charged with Advertisement of Drug Paraphernalia in Lee County Circuit Court, Fort Myers, Florida; Docket No. 07-CF-021498. | November 19, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

April 14, 2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April 15, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

The Court recommends to the Bureau of Prisons:

The defendant serve his sentence near his family at the Otisville, NY facility.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                              UNITED STATES MARSHAL

                                       By:_____
                                                  Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**